UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE LUNA AND JAMES RODRIGUEZ, JR., | ) ) | CIVIL ACTION NO. 3:23-CV-1657 |
| Plaintiffs | ) ) | (MUNLEY, D.J.) |
| v. | ) ) | (ARBUCKLE, M.J.) |
| EDWARD PALKA, *et al.,* | ) ) | |
| Defendants | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiffs' Motions to Seal (Docs. 18, 30) are DENIED.

(2) The Clerk of Court is directed to unseal Documents 19 and 31 and its attachments.

Date: April 19, 2024

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge