UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHELLE LUNA AND JAMES RODRIGUEZ, JR., | ) ) | CIVIL ACTION NO. 3:23-CV-1657 |
| Plaintiffs | ) ) | (MUNLEY, D.J.) |
| v. | ) ) | (ARBUCKLE, M.J.) |
| EDWARD PALKA, *et al.*, | ) ) | |
| Defendants | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiffs' Motion for Relief from Judgment, (Doc. 38), is deemed MOOT.

(2) Plaintiffs' Motion for a Protective Order, (Doc. 39), is DENIED.

(3) Plaintiffs' Motion to Seal, (Doc. 41), is DENIED.

Date: February 21, 2025

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge