IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE LUNA and JAMES RODRIGUEZ, JR.,** | : | No. 3:23cv1657 |
| **Plaintiffs** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Arbuckle) |
| **EDWARD PALKA,** Alcohol Tobacco, and Firearms and Explosives Task Force Officer; **DETECTIVE R. MILLER,** Luzerne County Task Force Officer for the Pennsylvania attorney General's Office; and **ERIC CONAHAN,** Special Agent, Internal Revenue Service, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this ___ day of April 2025, it is hereby **ORDERED** as follows:

1. Plaintiffs' objections to Magistrate Judge Arbuckle's Report and Recommendation (Doc. 48) are hereby **OVERRULED**;

2. The Report and Recommendation (Doc. 47) is **ADOPTED**;

3. The defendants' motion to dismiss (Doc. 15) is **GRANTED**;

4. Plaintiffs' motion to strike reply (Doc. 50) is **DENIED**; and

5. All claims by Plaintiff Luna are hereby **DISMISSED** for lack of subject matter jurisdiction;


6. Plaintiff Rodriguez's claims for injunctive relief are **DISMISSED** for lack of subject matter jurisdiction without prejudice and without leave to amend;

7. Plaintiff Rodriguez's claims pursuant to <u>Bivens</u>, 42 U.S.C. § 1983, and 42 U.S.C. § 1985 are hereby **DISMISSED**; and

8. The Clerk of Court is directed to close this case.

<div style="text-align: right">

**BY THE COURT:**

_____
**JUDGE JULIA K. MUNLEY**
**United States District Court**

</div>